| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Federman, Arthur B. | 2. Court or Organization<br><br>U.S. Bankruptcy Court | 3. Date of Report<br><br>08/29/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>Charles Evans Whittaker Cthse.<br>400 East 9th St., Suite 6552<br>Kansas City, Mo. 64106 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee, with no significant management duties - all assets are listed @VII | 1990 and 1992 Federman Trusts, beneficiaries are the reporting person and relatives, Assets are disclosed in Part VII |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 08/29/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 08/29/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Commerce Bank NA, Lenexa Ks.- MMrkt - no add delete detail needed | B | Interest | N | T | | | | | |
| 2. Commerce Bank NA, Lenexa Ks - CKG - no add or delete detail needed | A | Interest | J | T | | | | | |
| 3. Commerce Bank NA, Lenexa Ks - MMRKT - no add delete detail needed | B | Interest | M | T | | | | | |
| 4. Vanguard Fed MMT Fund | A | Int./Div. | J | T | | | | | |
| 5. Vanguard - 500 Index Fund Admiral Shares - Total Bal for this Fund | D | Int./Div. | O | T | | | | | |
| 6. - Vanguard - 500 Index Fund Admiral Shares - added in 2016 | | | | | Buy (add'l) | 12/31/16 | J | | Div reinvested for yr |
| 7. - Vanguard - 500 Index Fund Admiral Shares - added in 2016 | | | | | Buy (add'l) | 12/31/16 | K | | Total of reg. mo. adds |
| 8. Vanguard-Total Intern. Stock IX Adm - Bal for this Fd-end of yr | B | Int./Div. | O | T | | | | | |
| 9. - Vanguard - Total Internal Stock IX Admiral addition in 2016 | | | | | Buy (add'l) | 12/31/16 | J | | Div reinvested for yr |
| 10. - Vanguard - Total Intern. Stock IX Admiral addition for 2016 | | | | | Buy (add'l) | 12/31/16 | K | | Total of Reg Mo. Adds |
| 11. Vanguard - Total Stock Market Index Fund Admiral Shrs-Total Bal of Fd | D | Dividend | O | T | | | | | |
| 12. - Vanguard - Total Stock Market Index Fund Admiral - added in 2016 | | | | | Buy (add'l) | 12/31/16 | J | | Div reinvested for yr |
| 13. - Vanguard - Total Stock Market Index Fund - Admiral - added in 2016 | | | | | Buy (add'l) | 12/31/16 | K | | Total of reg. mo. adds |
| 14. Northwestern Mutual Life Ins Policy - This is a "Whole Life Policy" | B | Interest | N | T | | | | | |
| 15. Federman Family L.P. - Limited Partnership Interest | E | Interest | P1 | W | | | | | |
| 16. Commerce Bank N.A. , Kansas City, Mo. - Ckg Acct. | A | Interest | J | T | | | | | |
| 17. Firtsbank Puerto Rico CD - matures 01/29/16 | A | Interest | | | Matured | 01/29/16 | L | | no gain or (loss) |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Discover Bank CD - matures 06/13/16 | A | Interest | | | Matured | 06/13/16 | M | | no gain or (loss) |
| 19. State Bank of India CD - matures 10/17/17 | A | Interest | L | T | | | | | |
| 20. First Foundation Bank - CD - matures 06/15/17 | A | Interest | L | T | Buy | 06/15/16 | L | | |
| 21. Manhattan, KS GO Bd - matures 6/15/20 | A | Interest | M | T | Buy | 12/15/16 | M | | |
| 22. IRA Accts. -Total Assets in Accounts - Total Bal & Detail Follows - | | | | | | | | | Header Line for IRA |
| 23. - IRA Acct - Vangaurd acct - Prime MMKT FD - no add delete detail | A | Dividend | J | T | | | | | |
| 24. - IRA Acct - Fidelity Select Health Care | A | Dividend | L | T | Buy (add'l) | 12/31/16 | J | | dividends reinvested |
| 25. - IRA Acct - T.Rowe Price New ERA | A | Dividend | K | T | Buy (add'l) | 12/31/16 | J | | dividends reinvested |
| 26. - IRA - Spouse - Capital Federal Savings - CD | A | Interest | K | T | Redeemed (part) | 12/01/16 | J | | no gain or (loss) |
| 27. Trust # 1 - Total Assets of Trust -Total Bal & Asset Detail Follows | | | | | | | | | Header Line for Trust # 1 |
| 28. - Trust # 1 - Guardian Life Ins . - Cash Value | A | Int./Div. | N | T | Buy (add'l) | 02/15/16 | J | | CV paid premium |
| 29. - Trust # 1 - Northwestern Mutual Life - Cash Value | D | Dividend | O | T | Buy (add'l) | 05/02/16 | K | | Paid Premium & Div Reinves |
| 30. - Trust # 1 - Met Life Ins INC- Stock | A | Dividend | J | T | | | | | |
| 31. - Trust # 1 - Commerce Bank N.A., Ckg acct. | A | Interest | L | T | | | | | |
| 32. - Trust # 1 - BMW Bank of North America 12-16-16 | A | Interest | | | Matured | 12/13/16 | K | | No Gian or (Loss) |
| 33. - Trust # 1 - Discover Bank 12-21-17 | A | Interest | K | T | Buy | 12/21/16 | K | | |
| 34. Trust # 2 - Total Assets of Trust -Total Bal & Asset Detail Follows - | | | | | | | | | Header For Trust # 2 - |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 08/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | - Trust # 2 - Vanguard Fed MM Portfolio, Philadelphia, Pa. | A | Int./Div. | | | Redeemed | 10/27/16 | L | A | distrubuted to beneficiary |
| 36. | - Trust # 2 - Vanguard Health Care Fund Adm - VGHAX | B | Dividend | | | Redeemed | 09/14/16 | L | E | proceeds to beneficiary |
| 37. | - Trust # 2 - Vanguard Total Stock Mkt Idx FundFund | B | Dividend | | | Redeemed | 09/14/16 | M | F | proceeds to beneficiary |
| 38. | - Trust # 2 - Commerce Bank NA - ckg acct. | A | Interest | | | Distributed | 10/27/16 | L | | distributed to beneficiary |
| 39. | - Trust # 2 - Bank of India - New York M- CD Matures 3/2/16 | A | Interest. | | | Matured | 03/02/16 | L | | no gain or (loss) |
| 40. | - Trustt # 2 - Bank of Hapoalim BM NY - CD Matures - 07/29/16 | A | Interest | | | Matured | 07/29/16 | L | | no gain or (loss) |
| 41. | - Trust # 2 - Capital One NA - CD Matures 04/21/16 | A | Interest | | | Matured | 04/21/16 | M | | no gain or (Loss) |
| 42. | - Trust # 2 - Bank of Baroda - CD - Matures 06/09/16 | A | Interest | | | Matured | 06/09/16 | M | | no gain or (loss) |
| 43. | - Trust # 2 - Sallie Mae Bank - Saltt Salt Lake- CD Matures -04/7/16 | A | Interest | | | Matured | 04/07/16 | M | | no gain or (Loss) |
| 44. | - Trust # 2 - Santander Bank NA - CD Matures 03/02/16 | A | Interest | | | Matured | 03/02/16 | M | | no gain or (loss) |
| 45. | - Trust # 2 Mizuho Bank - CD Matures 10/13/16 | A | Interest | | | Buy | 04/13/16 | L | | This then matured 10-13-16 |
| 46. | - Trust # 2 Mizuho Bank - CD Matures 10/13/16 | A | Interest | | | Matured | 10/13/16 | L | | No gain or (Loss) |
| 47. | - Trust # 2 - Citizens Ban - CD Matures 10/27/16 | A | Interest | | | Buy | 04/27/16 | M | | This then matured 10-27-16 |
| 48. | - Trust # 2 Citizens Bank - CD Matures 10/27/16 | A | Interest | | | Matured | 10/27/16 | M | | no gain oor (Loss) |
| 49. | - Trust # 2 Santander Bank - CD - Matures 9/9/16 | A | Interest | | | Buy | 03/09/16 | M | | This then matured 9-9-16 |
| 50. | - Trust # 2 Santander Bank - CD Matures 9/9/16 | A | Interest | | | Matured | 09/09/16 | M | | no gain or (loss) |
| 51. | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 08/29/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The assets and value amount references shown in Part VII which are identified as Trust # 1 are for the full value of the assets held in Trust even though I am only entitled to a 1/3 beneficial interest in the Trust. I am the trustee of the Trust.

The assets and value references shown in Part VII which are identified as Trust # 2 are for the full value of the assets held in Trust even though I am only the benificiary of a 1/3 interest in the Trust. I am the trustee of the Trust. This Trust # 2 was fully liquidated in 2016 and all assets were cashed up as applicable and all cash was distrbuted to the beneficiaries.

Asset # 15 is a limited partnership interest - I have received periodic gifts from my parents of additonal limited ownbership interests in this limited partnership over the years. My ownership interest is 33% as of 12-31-16. The partnership's investments are almost exclusively in State Tax Exempt Bonds, Federal Bonds & Bills or Agency securities and Certificates of Deposit. I have no management responsibilitites for the activities of this partnership.

THIS IS AN AMENDED REPORT WHICH CORRECTS DESCRIPTIONS AND ACTIVITY REFLECTED ON LINES 45 THROUGH 50 ON THE ORIGINAL REPORT FILED 5/11/17. NO VALUES WERE CHANGED FROM WHAT WAS REPORTED ON THE ORIGINAL AS FILED REPORT. DESCRIPTIONS HAVE BEEN CORRECTED. FOR LINES 45 AND 46 IN PART VII, THE ONLY CHANGE FOR EACH WAS A DESCRIPTION OF THE ASSETS SET FORTH IN COLUMN A. FOR LINE 48 IN PART VII AN INCORRECT ASSET NAME WAS LISTED. THE CORRECT BANK AND CD REFERENCE HAS NOW BEEN PLACED ON THAT LINE OF COLUMN A. FOR ASSET # 50 OF PART VII, A CORRECTION OF THE BANK NAME HAS BEEN MADE IN COLUMN A. FOR THESE LINES REFERENCED, ADDITIONAL COMMENTS OF STATUS AT 12-31-16 HAS BEEN ADDED IN COLUMN D, 5. ADDITIOANLLY, AS NOTED ABOVE, TRUST # 2 ASSETS WERE ALL LIQUIDATED AND CASH FROM SUCH ASSETS WAS DISTRIBUTED TO THE TRUST BENEFICIARIES PRIOR TO 12-31-16 AND TRUST # 2 DOES NOT HOLD ANY ASSETS AT 12-31-16.

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 08/29/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Arthur B. Federman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544